## THOMAS LAWRANCE, JONATHAN F. LAWRANCE AND THOMAS G. CASEY, TRADING UNDER THE FIRM OF T. & J. F. LAWRANCE & CO., *versus* DAVID C. McKINSTRY

JOURNAL ENTRIES (1820): *Journal 3:* (1) Declaration filed, cognovit, judgment *p. 86.

PAPERS IN FILE: (1) Warrant of attorney to confess judgment; (2) declaration and cognovit; (3) precipe for execution fi. fa.; (4) writ of fi. fa. and return; (5) precipe for alias fi. fa.; (6) alias fi. fa. and return; (7) writing obligatory.

*Case 8 of 1820.*